UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
DANIEL A. FINKELSTEIN,

                Plaintiff,

   against

SECURITIES INDUSTRY AUTOMATION
CORPORATION,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 05 CV 5195 (NGG) (MDG)

**ECF CASE**

**STIPULATION OF DISMISSAL**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein that this action shall be, and the same hereby is, dismissed with prejudice and without costs to any party

Dated: New York, New York
       July 19, 2007

PHYLLIS GELMAN
& ASSOCIATES LLC

By: _____
   Phyllis Gelman
60 East 42nd Street, Suite 1060
New York, New York 10165
(212) 557-0559
Attorney for Plaintiff

PROSKAUER ROSE LLP

By _____
   Aaron J. Schindel
   Thomas A. McKinney
1585 Broadway
New York, New York 10036
(212) 969-3000
Attorneys for Defendant

SO ORDERED:

_____
   U.S.D.J.

Dated:_____